JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ADAM SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>CLARK E. DUCART, Warden,<br><br>Respondent. | Case No. EDCV 14-2159 JGB(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 28, 2017

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE